beverlycastroind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00030 |
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** [18 U.S.C. §§ 641 & 2] (Count I) |
| BEVERLY JOY CASTRO, | **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** [18 U.S.C. § 1382] (Count II) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT I - THEFT OF GOVERNMENT PROPERTY

Beginning on or about August 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, BEVERLY JOY CASTRO, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of approximately $1,525, property of the United States, in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT II - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY

Beginning on or about August 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, BEVERLY JOY CASTRO, went upon a United States

1 | military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is,
2 | intending to engage in conduct in violation of Title 18, United States Code, Section 641, in
3 | violation of Title18, United States Code, Section 1382.

DATED this 4th day of April, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City __Hagåtña__

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**07-00030**

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __x__ No

Defendant Name __BEVERLY JOY CASTRO__

Alias Name _____

Address _____

__Talofofo, Guam__

Birthdate __xx/xx/1973__ SS# __Xxx-xx-3117__ Sex __F__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

Interpreter: ___ No ___ Yes    List language and/or dialect: _____

**RECEIVED**
**APR - 4 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ___ Petty ___ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 __18 USC 641__ | Theft of Government Property | 1 |
| Set 2 __18 USC 1382__ | Entering Military, Naval, or Coast Guard Property | 2 |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: __3/30/07__    Signature of AUSA: __Ry M. And__

ORIGINAL