RECEIVED
APR 04 2007
US MARSHALS SERVICE-GUAM

Lucas Maysay,
Navy Investigator

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**BEVERLY JOY CASTRO**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-07-00030

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| DISTRICT COURT OF GUAM<br>4th FLOOR U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE | 3rd Floor Courtroom |
| | Date and Time |
| Before HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Friday, April 6, 2007 at 9:30 A.M. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT I - Theft of Government Property, 18 U.S.C. §§ 641 and 2

COUNT II - Entering Military, Naval or Coast Guard Property, 18 U.S.C. § 1382

**FILED**
DISTRICT COURT OF GUAM
APR -5 2007
MARY L.M. MORAN
CLERK OF COURT

VIRGINIA T. KILGORE, DEPUTY CLERK
Name and Title of Issuing Officer

Signature of Issuing Officer

APRIL 4, 2007
Date

ORIGINAL

AO83 (Rev 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 4/5/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
AT KAmachiLi Store windward hills

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5APR07                         JAY SALAS
            Date                            Name of United States Marshal

                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.