# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00030 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| BEVERLY JOY CASTRO, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that **LOUIE YANZA** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to April 5, 2007.

/s/ **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 06, 2007**