# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00030-001                                  DATE: May 29, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:43:09 - 11:00:59
CSO: J. Lizama

**APPEARANCES:**

Defendant: Beverly Joy Castro              Attorney: Louie J. Yanza
☑ Present ☐ Custody ☐ Bond ☑ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan Anderson               U.S. Agent:
U.S. Probation: Maria Cruz                 U.S. Marshal: D. Punzalan
Interpreter:                               Language:

**PROCEEDINGS: Change of Plea**
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: August 27, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 7/30/2007
- Response to Presentence Report: 8/13/2007
- Final Presentence Report due to the Court: 8/20/2007
- Defendant released as previously ordered by this Court.

NOTES: