IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00030 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| BEVERLY JOY CASTRO, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant Count I of an Indictment charging her with Theft of Government Property, in violation of 18 U.S.C. §§ 2 and 641, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on August 27, 2007, at 9:30 a.m.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 13, 2007**