

**FILED**
**DISTRICT COURT OF GUAM**

AUG - 7 2007

**JEANNE G. QUINATA**
**Clerk of Court**

beverlycastropsr

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
BEVERLY JOY CASTRO,
Defendant.

CRIMINAL CASE NO. 07-00030

**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT**

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 2nd day of August 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: [signature]
RYAN M. ANDERSON
Special Assistant U.S. Attorney