# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| | |
|---|---|
| United States of America | **NOTICE** |
| V. | |
| Beverly Joy Castro | CASE NUMBER: CR-07-00030-001 |

TYPE OF CASE:

    ☐ **CIVIL**      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | Monday, August 27, 2007<br>at 9:30 a.m. | Friday, September 7, 2007 at 9:30 a.m. |

 

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| **August 21, 2007** | /s/ Leilani R. Toves Hernandez |
| DATE | (BY) DEPUTY CLERK |

TO:      U.S. Attorney's Office
           Louie J. Yanza, Esq.
           U.S. Probation Office
           U.S. Marshals Service