**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-07-00030-001            DATE: September 07, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:37:26 - 9:57:17 |
| CSO: N. Edrosa / J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Beverly Joy Castro | Attorney: Louie J. Yanza |
|     Present    Custody    Bond    P.R. |     Present    Retained    FPD    CJA |
| U.S. Attorney: Ryan Anderson | U.S. Agent: |
| U.S. Probation: Stephen Guilliot | U.S. Marshal: D. Punzalan / T. Muna |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of probation).
- Defendant ordered to pay restitution in the amount of $1,525.00
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: