

## DEPARTMENT OF JUSTICE

## NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
## IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
## EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for                                    Serial Number
the Districts of Guam and the NMI                                         001

**NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant:   Beverly Joy Castro           Address:    Talofofo, GU 96915
             SSN:   XXX-XX-3117
             DOB:   XX-XX-1973

Court Imposing Judgment:   U.S. District Court of Guam
       Court Number:   CR-07-00030

Amount of Judgment:   $1,525.00
   Date of Judgment:   09-13-2007
  Entry of Judgment:   09-13-2007

Rate of Interest When Payment is Deferred by Court:      n/a

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years plus term of imprisonment.

Place of Filing:  U.S. District Court of Guam &
Department of Land Management

This notice was prepared and signed at U.S. Attorney's Office on this, the 20th day of September, 2007.

Signature

MARIVIC P. DAVID

Title

Assistant U.S. Attorney
(671) 472-7332

---

UNITED STATES OF AMERICA,  CLERK'S OFFICE  U.S. DISTRICT COURT
FOR THE DISTRICT OF GUAM
SS.

I CERTIFY, That the foregoing is a correct Notice of Lien for Fine and/or Restitution entered or registered by this Court.

Date, 9/20/07

JEANNE G. QUINATA , Clerk.

By _____, Deputy Clerk.