ORIGINAL

**CASTRO_B.mtn**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for Plaintiff



FILED
DISTRICT COURT OF GUAM

NOV 29 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BEVERLY JOY CASTRO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07-00030 <br><br> **UNITED STATES' MOTION TO AMEND JUDGMENT** |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully motions this Honorable Court for an Amended Judgment of Defendant BEVERLY JOY CASTRO to exclude the restitution liability be paid jointly and severally with defendant Teresita M. Leon Guerrero in Criminal Court No. 07-00032 as defendant Teresita M. Leon Guerrero's judgment states no joint and several liability with Defendant BEVERLY JOY CASTRO.

//
//
//
//

Defendant BEVERLY JOY CASTRO's amended judgment should reflect no restitution liability be paid jointly and severally with, Teresita M. Leon Guerrero in Criminal Court No. 07-00032.

RESPECTFULLY submitted this 29th day of November, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *(signature)*
MARIVIC P. DAVID
Assistant U.S. Attorney