**CASTRO_B.mtnord**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEVERLY JOY CASTRO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 07-00030 <br><br> **O R D E R** <br><br> Re: United States' Motion to Amend Judgment |

Based upon the Plaintiff's Motion to Amend Judgment, the Court hereby orders the Clerk, United States District Court of Guam to amend Defendant BEVERLY JOY CASTRO's judgment to exclude the restitution liability be paid jointly and severally with defendant Teresita M. Leon Guerrero in Criminal Court No. 07-00032.

**IT IS SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Nov 30, 2007**